

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-19-00737-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's motion for rehearing is currently due on May 12, 2022. *See* TEX. R. APP. P. 49.4. He requests a 45-day extension of time.

Appellant's motion is **granted**. Appellant's motion for rehearing is **due on June 21, 2022**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court